UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA J. SYMEON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:17CV320 |
| | : | |
| TIM HARRINGTON, | : | |
| JODI FOURNIER, | : | |
| AND PHILIP L. LAWRENCE, | : | |
| | : | |
| Defendants. | : | February 22, 2017 |
| | : | |
| PHILIP L. LAWRENCE, | : | |
| | : | |
| Apportionment Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHANTALE LUXAMA, | : | |
| | : | |
| Apportionment Defendant. | : | |

NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1442(a)(1), and 1446, the

Apportionment Defendant, Chantale Luxama, has removed this matter to United States District

Court for the District of Connecticut.  As a basis for removal, Chantale Luxama makes the

following representations:

1.      Chantale Luxama has been named as an Apportionment Defendant in a lawsuit

filed in the Connecticut Superior Court Judicial District of Stamford/Norwalk at Stamford. A

copy of the Summons and Apportionment Complaint are attached hereto.

1

2.      Chantale Luxana is a federal employee who was acting within the scope of her employment at the time of the automobile accident that is the basis of the action. A Certification of Scope of Employment is attached hereto.

3.      Pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States or any agency thereof or any officer "may be removed . . . to the district court of the United States for the district and division embracing the place wherein it is pending."

4.      Based on the foregoing, the Apportionment Defendant, Chantale Luxama, hereby removes this action to the District Court for the District of Connecticut.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


  */s/ Brenda M. Green*
BRENDA M. GREEN
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct19538
1000 LAFAYETTE BLVD., 10th FLOOR
BRIDGEPORT, CT  06604
TELEPHONE: (203) 696-3000
FAX: (203) 579-5575
E-MAIL: Brenda.Green@usa.doj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Removal has been mailed, postage prepaid, on this 17th day of February, 2017, to:

Robert G. Fashjian, Esq.
Fashjian & Falco PC
66 Huntington Street
Huntington, CT 06484

Philip T. Newbury, Jr., Esq.
Howd & Ludorf LLC
65 Wethersfield Avenue
Hartford, CT 06114

Michele Olsen, Esq.
Aldrich, Hanks & Sheehan
538 Preston Avenue, Suite 305
Meriden, CT 06450

       */s/ Brenda M. Green*
BRENDA M. GREEN
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct19538
1000 LAFAYETTE BLVD., 10th FLOOR
BRIDGEPORT, CT  06604
TELEPHONE: (203) 696-3000
FAX: (203) 579-5575
E-MAIL: Brenda.Green@usa.doj.gov

3